Núm. 7109.—BANUCHI, aplte. *v.* DISTRITO DE RIEGO, ETC., apldo.—C. D. Aguadilla. Mayo 23, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, en 30 de noviembre de 1937 dictamos sentencia en este caso, revocando la dictada por la corte inferior, y concediendo la suma de $1,000 por concepto de daños y perjuicios a la parte demandante;

POR CUANTO, en 20 de abril de 1938, después de celebrada una nueva vista en el caso, que fué expresamente limitada a la discusión de "la manera más exacta de computar el valor de la caña que por la negligencia del demandado se dejó de cosechar . . .", resolvimos aumentar como aumentamos la cuantía de dichos daños a la suma de $3,000;

Por cuanto, se ha radicado con fecha 30 de abril de 1938 un nuevo escrito solicitando se aclare el alcance de nuestra sentencia en lo que a la fecha desde la cual han de computarse los intereses sobre el importe de los daños concedidos se refiere;

Por cuanto, ni en la demanda original ni en la apelación se reclamaron intereses desde determinada fecha sobre la cuantía de los daños que finalmente se concedieran;

Por cuanto, de todos modos las circunstancias especiales de este caso nos inducen más bien a seguir la regla general de que no proceden intereses sobre reclamaciones ilíquidas hasta el momento de fijarse su cuantía en una sentencia;

Por tanto, se declara sin lugar la moción del apelante, debiendo computarse los intereses sobre nuestra sentencia solamente desde la fecha en que la misma fué finalmente dictada, o sea 20 de abril de 1938.